RE: <u>Karl Burden – EL Bey V. HAMPTON, VA,. Et al.,</u>

Case No: 4:19-cv-00126-MDS-DEM

## UNITED STATES DISTRICT COURT

For the

Eastern District of Virginia

Civil Division

Fernado Galindo, Clerk of Court

Dear Galindo,

    Please accept and file my answer to the Show Cause and Amended Complaint to be filed. I hereby require the following:

1. Show Cause Why this matter should not be dismissed.

2. Amended Complaint form

I have enclosed an extra copy and ask that you stamp and return to me for my records

Thank you in advance for your assistance in this matter, and if you have any questions, please feel free to contact me at 757-718-5739.

Date __16 April 20__

autographed by __[signature] Burden-El__