AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

|  |  |  |
|---|---|---|
| Karl Burden El Bey | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:19-cv-00126-MDS-DEM |
| v. | ) | |
| HAMPTON, CITY,  Mary Bunting,   Steve Bond, | ) ) | |
| Terry O' Neill,  Gregory Simms,  (SEE ATTACHED SHEET) | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hampton city           Mary Bunting            Steve Bond
22 Lincoln Street,      22 Lincoln Street      22 Lincoln Street  3rd floor
Hampton, VA. 23669    Hampton, VA 23669   Hampton, VA 23669

Terry O' Neill                Gregory Simms
22 Lincon Street 5th floor    22 Lincoln Street.
Hampton, VA 23669        Hampton, VA. 23669   (PAGE 1 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Hampton City, c/o Cheran Cordell Iver, City Atty. Hampton, VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*

                                             _____
                                                        *Printed name and title*

                                             _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

)
Karl Burden El Bey )
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 4:19-cv-00126-MDS-DEM
HAMPTON, CITY, Mary Bunting, Steve Bond, Terry )
O' Neill, Gregory Simms, George L. Salyers, Jr., Jodi )
L. Salyer. G.B.'S Towing and Auto Repair, Inc.,Peter )
Smith, Joe Rondeau, (SEE ATTACHED SHEET) )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hampton city  Mary Bunting  Steve Bond
22 Lincoln Street,  22 Lincoln Street  22 Lincoln Street 3rd floor
Hampton, VA. 23669  Hampton, VA 23669  Hampton, VA 23669
Terry O' Neill  Gregory Simms
22 Lincon Street 5th floor  22 Lincoln Street.
Hampton, VA 23669  Hampton, VA. 23669  (SEE ATTACHED SHEET)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mary Bunting alleged City Manager  , Hampton, VA

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                             _____
                                                    *Printed name and title*


                                             _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia   [▼]

|  |  |  |
|---|---|---|
| Karl Burden El Bey | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 4:19-cv-00126-MDS-DEM |
| HAMPTON, CITY, Mary Bunting, Steve Bond, Terry O' Neill, Gregory Simms, Georgo L. Salyers, Jr., Jodi L. Salyer. G.B.'S Towing and Auto Repair, Inc.,Peter Smith, Joe Rondeau,  (SEE ATTACHED SHEET) | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Hampton city        Mary Bunting      Steve Bond
22 Lincoln Street,          22 Lincoln Street    22 Lincoln Street  3rd floor
Hampton, VA. 23669    Hampton, VA 23669  Hampton, VA 23669
Terry O' Neill              Gregory Simms
22 Lincon Street 5th floor    22 Lincoln Street.
Hampton, VA 23669      Hampton, VA. 23669        (SEE ATTACHED SHEET)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Karl Burden El Bey
> c/o 804 Grimes Road
> Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____        _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Steve Bond alleged Commissioner , Hampton, VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

                                               _____
                                                        *Server's signature*

                                               _____
                                                       *Printed name and title*

                                               _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▼

)
Karl Burden El Bey )
)
)
_____ )
*Plaintiff(s)* )
v. )   Civil Action No. 4:19-cv-00126-MDS-DEM
)
HAMPTON, CITY, Mary Bunting, Steve Bond, Terry )
O' Neill, Gregory Simms, Georgo L. Salyers, Jr., Jodi )
L. Salyer. G.B.'S Towing and Auto Repair, Inc.,Peter )
Smith, Joe Rondeau,  (SEE ATTACHED SHEET) )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hampton city          Mary Bunting        Steve Bond
                                    22 Lincoln Street,     22 Lincoln Street    22 Lincoln Street  3rd floor
                                    Hampton, VA. 23669     Hampton, VA 23669    Hampton, VA 23669
                                    Terry O' Neill         Gregory Simms
                                    22 Lincon Street 5th floor  22 Lincoln Street.
                                    Hampton, VA 23669      Hampton, VA. 23669        (SEE ATTACHED SHEET)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Terry O' Neill,Director, community Developmen, Hampton, VA
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                _____
                                              *Server's signature*

                                     _____
                                              *Printed name and title*


                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☑

| | |
|---|---|
| Karl Burden El Bey <br><br> *Plaintiff(s)* <br> v. <br> HAMPTON, CITY,  Mary Bunting,  Steve Bond, <br> Terry O' Neill,  Gregory Simms,  (SEE ATTACHED SHEET) <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Hampton city              Mary Bunting              Steve Bond
                                        22 Lincoln Street,        22 Lincoln Street         22 Lincoln Street  3rd floor
                                        Hampton, VA. 23669        Hampton, VA 23669         Hampton, VA 23669

                                        Terry O' Neill            Gregory Simms
                                        22 Lincon Street 5th floor  22 Lincoln Street.
                                        Hampton, VA 23669         Hampton, VA. 23669  (PAGE 1 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Karl Burden El Bey
              c/o 804 Grimes Road
              Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Gregory Simms,field compliance inspector , Hampton, VA

was received by me on *(date)*                            .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____   , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____   , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☐ Other *(specify):*



My fees are $ _____   for travel and $ _____   for services, for a total of $    0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▾

|  |  |
|---|---|
| Karl Burden El Bey | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 4:19-cv-00126-MDS-DEM |
| George L. Salyers, Jr,  G. B.'S Towing and Auto Repair, Inc.  Jodi L. Salyers,  Peter Smith,  Joe Rondeau     (SEE ATTACHED SHEET) | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  George L. Salyers, Jr.
723 Kentucky Ave
Hampton, VA. 23661

G.B.'S Towing & Auto Repair, Inc
1110 W. Pembroke Ave #5 / 1110 N. Armistead Ave.
Hampton, VA 23661

Jodi L. Salyers
723 Kentucky Ave.
Hampton, VA 23661

Peter Smith          Joe Rondeau
723 Kentucky Ave..     723 Kentucky Ave
Hampton, VA. 23661   Hampton, VA 23661 (PAGE 2 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   George L. Salyers,jr President G.B.'s Towing., Hampton, VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia ☑

|  |  |
|---|---|
| Karl Burden El Bey <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> George L. Salyers, Jr, G. B.'S Towing and Auto Repair, Inc. Jodi L. Salyers,  Peter Smith,  Joe Rondeau     (SEE ATTACHED SHEET) <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:19-cv-00126-MDS-DEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George L. Salyers, Jr.
723 Kentucky Ave
Hampton, VA. 23661

G.B.'S Towing & Auto Repair, Inc
1110 W. Pembroke Ave #5 / 1110 N. Armistead Ave.
Hampton, VA 23661

Jodi L. Salyers
723 Kentucky Ave.
Hampton, VA 23661

Peter Smith          Joe Rondeau
723 Kentucky Ave..   723 Kentucky Ave
Hampton, VA. 23661   Hampton, VA 23661 (PAGE 2 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   G.B.'S Towing & Auto Repair, Inc. Contract Co. Hampton, V,A

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                                        *Server's signature*

                                                                 _____
                                                                        *Printed name and title*


                                                                 _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| Karl Burden El Bey | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| George L. Salyers, Jr,  G. B.'S Towing and Auto Repair, Inc.  Jodi L. Salyers,  Peter Smith,  Joe Rondeau      (SEE ATTACHED SHEET) | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George L. Salyers, Jr.
723 Kentucky Ave
Hampton, VA. 23661

G.B.'S Towing & Auto Repair, Inc
1110 W. Pembroke Ave #5 / 1110 N. Armistead Ave.
Hampton, VA 23661

Jodi L. Salyers
723 Kentucky Ave.
Hampton, VA 23661

Peter Smith         Joe Rondeau
723 Kentucky Ave..  723 Kentucky Ave
Hampton, VA. 23661  Hampton, VA 23661 (PAGE 2 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jodi L.Salyers G.B.'S Towing / Auto Repair, Inc. Hampton, VA
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                    _____
                                                         *Printed name and title*


                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia [▼]

|  |  |
|---|---|
| Karl Burden El Bey | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| George L. Salyers, Jr,  G. B.'S Towing and Auto Repair, Inc.  Jodi L. Salyers,  Peter Smith,  Joe Rondeau  (SEE ATTACHED SHEET) | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   George L. Salyers, Jr.        G.B.'S Towing & Auto Repair, Inc
723 Kentucky Ave          1110 W. Pembroke Ave #5 / 1110 N. Armistead Ave.
Hampton, VA. 23661        Hampton, VA 23661

Jodi L. Salyers          Peter Smith          Joe Rondeau
723 Kentucky Ave.        723 Kentucky Ave..   723 Kentucky Ave
Hampton, VA 23661        Hampton, VA. 23661   Hampton, VA 23661 (PAGE 2 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Peter Smith, Driver GB'S Towing/Auto Repair Inc Hampton,VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____      _____

                                                 *Server's signature*

                                        _____

                                                 *Printed name and title*


                                        _____

                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

|  |  |
|---|---|
| Karl Burden El Bey | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| George L. Salyers, Jr, G. B.'S Towing and Auto Repair, Inc. Jodi L. Salyers, Peter Smith, Joe Rondeau (SEE ATTACHED SHEET) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George L. Salyers, Jr.        G.B.'S Towing & Auto Repair, Inc
723 Kentucky Ave                  1110 W. Pembroke Ave #5 / 1110 N. Armistead Ave.
Hampton, VA. 23661              Hampton, VA 23661

Jodi L. Salyers                      Peter Smith          Joe Rondeau
723 Kentucky Ave.                723 Kentucky Ave..   723 Kentucky Ave
Hampton, VA 23661              Hampton, VA. 23661  Hampton, VA 23661 (PAGE 2 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joe Rondeau Manager,GB'S Towing/Auto Repair Hampton,VA
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                         *Server's signature*

                                 _____
                                         *Printed name and title*

                                 _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▼

|  |  |
|---|---|
| Karl Burden El Bey<br><br>*Plaintiff(s)*<br>v.<br>Patrick and Nancy Yuhasz,  Donnie Tuck,  Jimmy<br>Gray,  Chris Bowman,  Eleanor Weston Brown,<br>(SEE ATTACHED SHEET)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick & Nancy Yuhasz      Donnie Tuck                       Jimmy Gray
                                     10 Bonneville Drive       22 Lincoln Street, 8th floor  22 Lincoln Street  8th floor
                                     Hampton, VA. 23664        Hampton, VA 23669             Hampton, VA 23669

                                     Chris Bowman              Eleanor Weston Brown
                                     22 Lincon Street 8th floor   22 Lincoln Street 8th floor.
                                     Hampton, VA 23669         Hampton, VA. 23669            (PAGE 3 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Karl Burden El Bey
        c/o 804 Grimes Road
        Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      *CLERK OF COURT*

Date: _____                    _____

                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Patrick & Nancy Yuhasz, Property Owners, Hampton,VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                 _____
                                              *Printed name and title*


                                 _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

| | |
|---|---|
| Karl Burden El Bey <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Patrick and Nancy Yuhasz, Donnie Tuck, Jimmy Gray,  Chris Bowman,  Eleanor Weston Brown, (SEE ATTACHED SHEET) <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:19-cv-00126-MDS-DEM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patrick & Nancy Yuhasz
10 Bonneville Drive
Hampton, VA. 23664

Donnie Tuck
22 Lincoln Street, 8th floor
Hampton, VA 23669

Jimmy Gray
22 Lincoln Street  8th floor
Hampton, VA 23669

Chris Bowman
22 Lincon Street 8th floor
Hampton, VA 23669

Eleanor Weston Brown
22 Lincoln Street 8th floor.
Hampton, VA. 23669

(PAGE 3 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Donnie Tuck. man, Public Servant, Hampton, VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                    *Server's signature*

                                   _____
                                   *Printed name and title*


                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia   ▾

| | |
|---|---|
| Karl Burden El Bey <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Patrick and Nancy Yuhasz,  Donnie Tuck,  <mark>Jimmy Gray,</mark>  Chris Bowman,  Eleanor Weston Brown, <br> (SEE ATTACHED SHEET) <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>  Civil Action No. 4:19-cv-00126-MDS-DEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patrick & Nancy Yuhasz        Donnie Tuck                       <mark>Jimmy Gray</mark>
                                                    10 Bonneville Drive          22 Lincoln Street, 8th floor    <mark>22 Lincoln Street  8th floor</mark>
                                                    Hampton, VA. 23664        Hampton, VA 23669            <mark>Hampton, VA 23669</mark>

                                                    Chris Bowman               Eleanor Weston Brown
                                                    22 Lincon Street 8th floor   22 Lincoln Street 8th floor.
                                                    Hampton, VA 23669         Hampton, VA. 23669           (PAGE 3 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____

                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jimmy Gray, man, Public Servant, Hampton, VA

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*


                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

)
Karl Burden El Bey )
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 4:19-cv-00126-MDS-DEM
)
Patrick and Nancy Yuhasz,  Donnie Tuck,  Jimmy )
Gray,  Chris Bowman,  Eleanor Weston Brown, )
(SEE ATTACHED SHEET) )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick & Nancy Yuhasz     Donnie Tuck                   Jimmy Gray
10 Bonneville Drive          22 Lincoln Street, 8th floor   22 Lincoln Street  8th floor
Hampton, VA. 23664           Hampton, VA 23669              Hampton, VA 23669

Chris Bowman                 Eleanor Weston Brown
22 Lincon Street 8th floor   22 Lincoln Street 8th floor.
Hampton, VA 23669            Hampton, VA. 23669           (PAGE 3 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chris Bowman, man, Public Servant, Hampton,VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                 *Server's signature*

                                              _____
                                                 *Printed name and title*


                                              _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia ☐▼

| | |
|---|---|
| Karl Burden El Bey | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Patrick and Nancy Yuhasz,  Donnie Tuck,   Jimmy Gray,   Chris Bowman,  Eleanor Weston Brown, (SEE ATTACHED SHEET) | ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 4:19-cv-00126-MDS-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Patrick & Nancy Yuhasz       Donnie Tuck                      Jimmy Gray
10 Bonneville Drive          22 Lincoln Street, 8th floor    22 Lincoln Street  8th floor
Hampton, VA. 23664           Hampton, VA 23669               Hampton, VA 23669

Chris Bowman                 Eleanor Weston Brown
 22 Lincon Street 8th floor  22 Lincoln Street 8th floor.
Hampton, VA 23669            Hampton, VA. 23669              (PAGE 3 OF 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eleanor Weston Brown, woman, Public Servant, Hampton,VA

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____       _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

)
)
Karl Burden El Bey )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:19-cv-00126-MDS-DEM
Steven L, Brown,    W. H. Billy Hobbs, Jr., )
Chris Osby Snead )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven L. Brown          W. H. Billy Hobbs, Jr.        Chris Osby Snead
22 Lincoln Street, 8th floor,  22 Lincoln Street, 8th floor   22 Lincoln Street, 8th floor
Hampton, VA. 23669        Hampton, VA 23669         Hampton, VA 23669

(PAGE 4 of 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Steven L. Brown, man, Public Servant, Hampton,VA

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                            *Server's signature*

                              _____
                                            *Printed name and title*


                              _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

)
Karl Burden El Bey )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:19-cv-00126-MDS-DEM
Steven L. Brown,   W. H. Billy Hobbs, Jr., )
Chris Osby Snead )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven L. Brown     W. H. Billy Hobbs, Jr.     Chris Osby Snead
22 Lincoln Street, 8th floor, 22 Lincoln Street, 8th floor 22 Lincoln Street, 8th floor
Hampton, VA. 23669     Hampton, VA 23669     Hampton, VA 23669

(PAGE 4 of 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Burden El Bey
c/o 804 Grimes Road
Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  W H Billy Hobbs, Jr., man, Public Servant, Hampton,VA

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia   ▼

|  |  |
|---|---|
| Karl Burden El Bey <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Steven L, Brown,  W. H. Billy Hobbs, Jr., <br> Chris Osby Snead <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 4:19-cv-00126-MDS-DEM <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven L. Brown    W. H. Billy Hobbs, Jr.    Chris Osby Snead
22 Lincoln Street, 8th floor,   22 Lincoln Street, 8th floor   22 Lincoln Street, 8th floor
Hampton, VA. 23669     Hampton, VA 23669     Hampton, VA 23669

(PAGE 4 of 4)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Karl Burden El Bey
       c/o 804 Grimes Road
       Hampton, Virginia Republic 23663-9998 t/d/c

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00126-MDS-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chris Osby Snead, man, Public Servant, Hampton,VA

was received by me on *(date)* _____  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____       _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc: