# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**KARL BURDEN EL-BEY,**

    **v.**    Plaintiff

**Civil No. 4:19cv126**

**HAMPTON, VA,** *et al.*,
        Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is hereby **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: 10/29/2020                  FERNANDO GALINDO, Clerk

                                                By     /s/
                                                E. Price, Deputy Clerk