**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
EASTERN DISTRICT OF VIRGINIA

File Number 4:19-CV00126-MSD-DEM

Karl Burden - EL Bey )
   *Plaintiff,* )
v. )   Notice of Appeal
)
HAMPTON, VA et al )
)
   *Defendant.* )

Notice is hereby given that Karl Burden - EL Bey, Authorized Representative, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29th day of October, 2020.

/s/ _Karl Belu-El Bey_

Attorney for _____
Address: _____

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed first-class, postage pre-paid, U.S. District Court Clerk office, 2400 West Avenue, Newport News, Virginia Republic 23607-0000 on November 19th, 2020

Without Prejudice, UCC 1-308

By: *[signature]* ®

Karl Burden - EL Bey, POA, Principal and the paramount Security Interest Holder, For CARL L. BURDEN
      ALL RIGHTS RESERVED

**NOTICE:** Copyright of tradename/trademark CARL LINWOOD BURDEN/CARL L. BURDEN® [ including any and all directives and variations in the spelling and use thereof, i.e. NOT limited to all capitalized names: under Copyright 2003]. by Karl Burden EL Bey which incur the same. All rights reserved, Said common-law/trade-name/trademark, CARL L. BURDEN® It may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of the stated above. All fiduciary relationships shall be governed by the Fiduciary – shield Doctrine. pg. ____

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
EASTERN DISTRICT OF VIRGINIA

File Number 4:19-CV00126-MSD-DEM

**Karl Burden - EL Bey** )
      *Plaintiff,* )
v. )      Notice of Appeal

HAMPTON, VA et al )
)
      *Defendant.* )

Notice is hereby given that Karl Burden - EL Bey, Authorized Representative, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29th day of October, 20 20.

/s/ Karl Beh-El Bey

Attorney for _____
Address: _____

*[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]*

*See Rule 3(c) for permissible ways of identifying appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed first-class, postage pre-paid, U.S. District Court Clerk office, 2400 West Avenue, Newport News, Virginia Republic 23607-0000 on November 19th, 2020

Without Prejudice, UCC 1-308

By: *[signature]* ®
Karl Burden - EL Bey, POA, Principal and the paramount Security Interest Holder, For CARL L. BURDEN
       ALL RIGHTS RESERVED

**NOTICE:** Copyright of tradename/trademark CARL LINWOOD BURDEN/CARL L. BURDEN® [ including any and all directives and variations in the spelling and use thereof, i.e. NOT limited to all capitalized names: under Copyright 2003]. by Karl Burden EL Bey which incur the same. All rights reserved, Said common-law/trade-name/trademark, CARL L. BURDEN® It may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of the stated above. All fiduciary relationships shall be governed by the Fiduciary – shield Doctrine. pg. ____

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
EASTERN DISTRICT OF VIRGINIA

File Number 4:19-CV00126-MSD-DEM

**Karl Burden - EL Bey**                    )
        *Plaintiff,*           )
  v.                                      )      Notice of Appeal
**HAMPTON, VA et al**                       )
                                            )
        *Defendant.*          )

Notice is hereby given that Karl Burden - EL Bey, Authorized Representative, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29th day of October, 20 20.

/s/ _Karl Burden-El Bey_

Attorney for _____
Address: _____

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed first-class, postage pre-paid, U.S. District Court Clerk office, 2400 West Avenue, Newport News, Virginia Republic 23607-0000 on November 19th, 2020

Without Prejudice, UCC 1-308

By: _____ ®
Karl Burden - EL Bey, POA, Principal and the paramount Security Interest Holder, For CARL L. BURDEN
        ALL RIGHTS RESERVED

**NOTICE:** Copyright of tradename/trademark CARL LINWOOD BURDEN/CARL L. BURDEN® [ including any and all directives and variations in the spelling and use thereof, i.e. NOT limited to all capitalized names: under Copyright 2003]. by Karl Burden EL Bey which incur the same. All rights reserved, Said common-law/trade-name/trademark, CARL L. BURDEN® It may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of the stated above. All fiduciary relationships shall be governed by the Fiduciary – shield Doctrine. pg. ____